UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                              CASE NO: 2:14-cr-35-FtM-38DNF

ROBERT WARD CUTLER

**ORDER**

This matter comes before the Court on the Government's Motion to Dismiss Indictment (Doc. #37).  The Government seeks leave of Court to dismiss the Indictment without prejudice.  As grounds, the Government indicates the Defendant is deceased.  In light of the Defendant's death, the Indictment will be dismissed.

The Defendant's filed an Unopposed Motion to Abate *Ab Initio* to Exonerate the Sureties on the Bond and for the Return of Passport  (Doc. #35) on September 9, 2014.  The Defendant also filed a second Motion to Abate *Ab Initio* to Exonerate the Sureties on the Bond and for the Return of Passport (Doc. #36).  As the Indictment is dismissed, these motions are now deemed moot.

Accordingly, it is now

**ORDERED:**

1) The Government's Motion to Dismiss Indictment (Doc. #37) is **GRANTED**.

2) The Indictment against the Defendant is hereby dismissed without prejudice. The Clerk is directed to close the case.

3) The Defendant's Unopposed Motion to Abate *Ab Initio* to Exonerate the Sureties on the Bond and for the Return of Passport (Doc. #35) is **DENIED as moot.**

4) The Defendant Second Motion to Abate *Ab Initio* to Exonerate the Sureties on the Bond and for the Return of Passport (Doc. #36) is **DENIED as moot.**

**DONE AND ORDERED** at Fort Myers, Florida, this September 12, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record